389 A.2d 688

Commonwealth ex rel. Fidelibus, Appellant, v. O'Neil.

Submitted September 19, 1977.

Raymond P. Forceno, for appellant; Mark Sendrow, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for appellee.

Order affirmed.

JACOBS, P. J., dissented on the basis of *Commonwealth ex rel. McGowan v. Aytch*, 233 Pa.Super. 66, 334 A.2d 750 (1975).

HOFFMAN, J., dissented on the basis of his dissenting opinion in *Commonwealth v. Bennett*, 245 Pa.Super. 457, 369 A.2d 493 (1976).

WATKINS, former P. J., did not participate in the consideration or decision of this case.